```
 1  Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, CA  94111-4067
 4  Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
 5
    Attorneys for Defendant
 6  Intel Corporation

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  JOSE JUAN, on behalf of himself and all others    No. C-05-3271 (MHP)
    similarly situated,
13                                                    [PROPOSED] ORDER TO ENLARGE
                   Plaintiff,                         DEFENDANT'S RESPONSE DATE
14        v.

15  INTEL CORPORATION,

16                 Defendant.

17

18        IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

19  Plaintiff's complaint shall be due either 60 days after transfer of the above-captioned case

20  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

21  1407, or, in the alternative, 45 days after any such motion has been denied.

22  DATED: October __, 2005
                                              _____
23                                            Honorable Marilyn H. Patel
24
25
26
                                                              Case No. C-05-3271 (MHP)
```

[PROPOSED] ORDER TO ENLARGE DEFENDANT'S RESPONSE DATE

SF/21638379.1