OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 18, 2006

TO:   Counsel of Record (See attached)

RE:   <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

  This is to advise you that a certified copy of the Conditional Multi-District Transfer Order was docketed in this court on 12/6/05.

  The following action has been transferred to the District of Delaware:

<u>Juan v. Intel Corp., C.A. No. 05-3271</u>
USDC Delaware's civil action number 05-907 JJF

  The name and address of the Judge to whom this case has been assigned in this court is:

   The Honorable Joseph J. Farnan, Jr.
   United States Judge
   District of Delaware
   844 N. King St., Lockbox 27
   Wilmington, DE 19801

  Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis.  Enclosed with this letter is a Registration Form.  An original signed registration form should be submitted to the Clerk's Office to request an ECF account.  After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

  Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

  Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

          Sincerely,
          PETER T. DALLEO, CLERK


          __/s/_____
          Monica Mosley
          Deputy Clerk

cc:  Honorable Joseph J. Farnan, Jr.
   Counsel on Attached Mailing List for 05-907 JJF

# Mailing Information for a Case 1:05-cv-00907-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Boies, III**
  dboies@straus-boies.com

- **Donald F. Drummond**
  ballen@drummondlaw.net

- **Joy K. Fuyuno**
  joy.fuyuno@bingham.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 1:05-md-01717-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Maria Nunzio Alioto**
  malioto@tatp.com

- **Donald Chidi Amamgbo**
  DonaldAmamgbo@Citycom.com

- **Eric M. Andersen**
  emandersen@prickett.com

- **David Mark Balabanian**
  david.balabanian@bingham.com

- **Adam L. Balick**
  abalick@balick.com

- **Gordon Ball**
  filings@ballandscott.com

- **Steve W. Berman**
  steve@hbsslaw.com heatherw@hbsslaw.com

- **Darren B. Bernhard**
  bernhardd@howrey.com

- **Garrett D. Blanchfield, Jr**
  g.blanchfield@rwblawfirm.com

- **David Boies, III**
  dboies@straus-boies.com

- **Scott E. Chambers**
  schambers@schmittrod.com

- **Robert E. Cooper**
  rcooper@gibsondunn.com

- **Frederick L. Cottrell, III**
  cottrell@rlf.com

- **Charles P. Diamond**
  CDiamond@omm.com

- **Donald F. Drummond**

ballen@drummondlaw.net

- **Jef Feibelman**
  jfeibelman@bpjlaw.com

- **Nancy Fineman**
  nfineman@cpsmlaw.com

- **Steven J. Fineman**
  fineman@rlf.com

- **Daniel S. Floyd**
  dfloyd@gibsondunn.com

- **Joy K. Fuyuno**
  joy.fuyuno@bingham.com

- **Jeffrey S. Goddess**
  jgoddess@rmgglaw.com cwetty@rmgglaw.com

- **David William Gregory**
  dwgregory@prickett.com cagott@prickett.com

- **Christopher B. Hockett**
  chris.hockett@bingham.com

- **James L. Holzman**
  jlholzman@prickett.com mafurry@prickett.com

- **Richard L. Horwitz**
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com;nmcmenamin@potteranderson.com;achin@potteranderson.com;mba

- **Fred T. Isquith**
  Isquith@whafh.com

- **Michele C. Jackson**
  mjackson@lchb.com

- **Jeffrey F. Keller**
  jfkeller@kellergrover.com

- **Jerry W. Laughlin**
  jlaughlin2@earthlink.net

- **Michael P. Lehmann**
  mlehmann@furth.com

- **James Gordon McMillan, III**
  jmcmillan@bmf-law.com

- **A. Zachary Naylor**
  zacharynaylor@chimicles.com amandadurham@chimicles.com

- **Ali Oromchian**
  ao@ftllaw.com

- **Joseph M. Patane**
  jpatane@tatp.com

- **Juden Justice Reed**
  jreed@schubert-reed.com

- **Mark A. Samuels**
  MSamuels@omm.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Francis O. Scarpulla**
  foslaw@pacbell.net

- **Chad Michael Shandler**
  shandler@rlf.com pstewart@rlf.com

- **Linda J. Smith**
  lsmith@omm.com

- **Reginald Von Terrell**
  REGGIE2@aol.com

- **Alex C. Turan**
  aturan@furth.com

- **B.J. Wade**
  bwade@gewwlaw.com

- **Bruce J. Wecker**
  bwecker@hosielaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103
```

**Scott Ames**
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212

**Russell M. Aoki**
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St.
Suite 1525
Seattle, WA 98101

**Michael J. Beck**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Craig C. Corbitt**
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

**Harvey W. Gurland**
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131

**Lance A. Harke**
Harke & Clasby LLP
155 South Miami Ave.
Suite 600
Miami, FL 33130

**Daniel Hume**
Kirby McInerney & Squire L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022

**Michael L. Kirby**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302

**Donald L. Perelman**
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103

**Randy R. Renick**
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103

**Richard A. Ripley**
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036

**Douglas G. Thompson, Jr**
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007

**Edward A. Wallace**
The Wexler Firm LLP
One North LaSalle St.
Suite 2000
Chicago, IL 60602



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL)
CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, shall register for ECF on a case-by-case basis. Submit an original signed registration form to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

**WEBSITE: WWW.DED.USCOURTS.GOV**

(Please Print or Type all information)

| CASE CAPTION: | DIST. OF DE |
| --- | --- |
| _____ v. _____ | MDL CA # _____ |

Internet E-Mail Address: _____

Last Name: _____    Generation: (e.g., Jr., Sr.) _____

First Name: _____    Middle Initial: _____

Firm's Name: _____

Address: _____

City: _____    State: ____    Zip Code: _____

Do you have a PACER Account (required)?  ☐ Yes  ☐ No

Phone No.: _____    FAX No.: _____

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____    _____
Signature                Date

| Submit completed registration form to: | COURT USE ONLY  (ECF MDL Atty Reg Form - Rev 1/05) |
| --- | --- |
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170 | DATE REGISTRATION FORM RECEIVED _____<br><br>USER ID _____ PASSWORD: _____<br><br>DATE ISSUED: _____ BY: _____ |